## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

DAVID W. HOWARD,                         )
                                         )
    Plaintiff,                       )      Civil Action No. 415CV15
                                         )
v.                                       )
                                         )
SUNTRUST INVESTMENT                      )
SERVICES, INC.,                          )
                                         )
    Defendant.                       )

### ORDER

Having reviewed and considered Defendant's Motion to Stay Discovery Pending Court's Ruling on Defendant's Motion to Compel Arbitration and for Stay of Discovery Pending Arbitration (Doc. 31), it is hereby **ORDERED** that all discovery is stayed until this Court's ruling on Defendant's Motion to Compel Arbitration and for Stay of Discovery Pending Arbitration. (Doc. 10). The parties are required to submit a new Rule 26(f) Report ten (10) days after the entry of an Order denying Defendant's Motion to Compel Arbitration and for Stay of Discovery Pending Arbitration.

So **ORDERED** this 23rd day of _March_, 2015.

_Magistrate_ Judge, United States District Court for the
Southern District of Georgia, Savannah
Division

Order prepared by:
R. Benjamin Lingle, Esq.
Oliver Maner LLP
P.O. Box 10186
Savannah, GA 31412
blingle@olivermaner.com